IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Adams, Carol D

Printed: 10/30/07

Case Number: 05 B 44705
Judge: Wedoff, Eugene R
Filed: 10/6/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: September 13, 2007
Confirmed: December 1, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,990.00 |  |
| Secured: |  | 5,036.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,599.20 |
| Trustee Fee: |  | 354.80 |
| Other Funds: |  | 0.00 |
| Totals: | 6,990.00 | 6,990.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,599.20 | 1,599.20 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 20,103.90 | 5,036.00 |
| 3. | CitiFinancial Auto Credit Inc | Unsecured | 1,102.81 | 0.00 |
| 4. | Jefferson Capital | Unsecured | 89.93 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 253.85 | 0.00 |
| 6. | Fast Cash Advance | Unsecured | 69.89 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 18.12 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 19.01 | 0.00 |
| 9. | B-Line LLC | Unsecured | 44.50 | 0.00 |
| 10. | Ameritech | Unsecured |  | No Claim Filed |
| 11. | Comcast | Unsecured |  | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 23,301.21 | $ 6,635.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 135.30 |
| 5% | 51.50 |
| 4.8% | 168.00 |
|  | _____ |
|  | $ 354.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Adams, Carol D

Printed:  10/30/07

Case Number:  05 B 44705
Judge:  Wedoff, Eugene R
Filed:  10/6/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Denise Ashley*